

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00142-CV

VALERIE L. MCNALLY NOW KNOWN AS VALERIE JENKINS AND KELLY ALANA MCNALLY A/K/A KELLY ALANA WILKINS, Appellants

V.

JOSEPH P. MCNALLY, Appellee

§ On Appeal from

§ County Court at Law No. 2

§ of Parker County (CIV-14-0690)

§ September 3, 2020

§ Opinion by Justice Kerr

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. It is ordered that the trial court's judgment is affirmed in part and reversed in part. We reverse the trial court's judgment on Appellant Valerie L. McNally now known as Valerie Jenkins's claims for common-law fraud, statutory fraud, partition, and declaratory relief regarding her cotenancy and remand those claims to the trial court. We affirm the remainder of the trial court's judgment.

It is further ordered that Appellants Valerie L. McNally now known as Valerie Jenkins and Kelly Alana McNally a/k/a Kelly Alana Wilkins must pay one-half of all costs of this appeal and that Appellee Joseph P. McNally must pay one-half of all costs of this appeal.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Elizabeth Kerr_____
    Justice Elizabeth Kerr